**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MICHAEL TOLLEFSON, etc., et al.,**

    **Plaintiffs,**

**v.**                                             **CASE NO. 3:06cv00014/RV/EMT**

**WYETH, INC., etc., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

UPON CONSIDERATION of the Plaintiffs' Notice of Voluntary Dismissal filed pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, it is ORDERED:

This cause is hereby dismissed without prejudice, and without taxation of costs.

DONE AND ORDERED this 6th day of September, 2006.

                /s/ *Roger Vinson*
                **ROGER VINSON
Senior United States District Judge**